

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00461-CV

**IN THE INTEREST OF C.A.F**. and M.A.F., Children

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVL00082-D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  November 14, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was due on October 1, 2012, has not been filed.  On October 16, 2012, this court ordered appellant to show cause in writing by October 30, 2012, why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  The appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant.

PER CURIAM